UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GEORGE FRANK COTA,            CIVIL NO. 16-1823 (ADM/JSM)

    Plaintiff,

v.                                         <u>ORDER</u>

JONES & MAGNUS,
Attorneys at Law;
RYAN B. MAGNUS,
Attorney;
JENNIFER LYNN THON,
Attorney; and
WARREN MAAS,
Attorney,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 17, 2016. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. This action is SUMMARILY DISMISSED WITH PREJUDICE under 28 U.S.C § 1915(e)(2)(B)(ii).

2. Plaintiff George Frank Cota's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

3. Cota's motion for appointment of counsel [Docket No. 3] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 6, 2016

                                        s/Ann D. Montgomery
                                        ANN D. MONTGOMERY
                                        United States District Court Judge